UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK J. PODLIN,

                      **Plaintiff,**

    -against-

NADER GHERMEZIAN, DONALD GHERMEZIAN, RAPHAEL GHERMEZIAN, TRIPLE FIVE WORLDWIDE, TRIPLE FIVE, L.L.C., TRIPLE FIVE GROUP, TRIPLE FIVE PROPERTIES, LLC, TRIPLE FIVE NY, LLC, TRIPLE FIVE INTERNATIONAL INC., TRIPLE FIVE HOLDINGS, L.L.C., THE NEW JERSEY SPORTS AND EXPOSITION AUTHORITY, CHRIS CHRISTIE and COLONY CAPITAL, LLC,

                      **Defendants.**

Case No.: 13 Civ. 4117 (WHP)

**ELECTRONICALLY FILED**

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

    PLEASE TAKE NOTICE that Plaintiff hereby gives notice that the above-captioned action is dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), as against the following defendants only:

    THE NEW JERSEY SPORTS AND EXPOSITION AUTHORITY
    CHRIS CHRISTIE
    TRIPLE FIVE, L.L.C.
    TRIPLE FIVE PROPERTIES, LLC
    TRIPLE FIVE NY, LLC
    TRIPLE FIVE INTERNATIONAL INC.
    TRIPLE FIVE HOLDINGS, L.L.C.

Dated:     August 23, 2013
               New York, New York

                                              **THOMPSON HINE LLP**

By: _____
       Richard De Palma (RD-2818)
       335 Madison Avenue
       New York, New York 10017
       (212) 908-3969

**Attorneys for Plaintiffs**
*Mark J. Podlin and*
*Podlin International Realty, Ltd.*